STATE of Missouri, Respondent,

v.

Dewey Odell HOPPER, Jr., Appellant.

No. WD 37504.

Missouri Court of Appeals,
Western District.

July 15, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1986.

Application to Transfer Denied
Oct. 14, 1986.

Holly G. Simons, Columbia, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from conviction of possession of weapon on premises of a correctional institution, § 217.360.1(4) RSMo Supp.1984, and sentence of seven years' imprisonment.

Judgment affirmed. Rule 30.25(b).